**2**

Tom ROBERSON v. STATE. (No. 11742.) Court of Criminal Appeals of Texas. March 21, 1928. Rehearing Denied April 18, 1928. Appeal from District Court, Rains County; Grover Sellers, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful transportation of intoxicating liquor; punishment fixed at confinement in the penitentiary for one year. The indictment is regular, to which the appellant entered his plea of guilty. The record is before us without statement of facts or bills of exceptions. No fundamental error having been perceived or pointed out, the judgment is affirmed.

On Motion for Rehearing.

LATTIMORE, J. The motion for rehearing fails to call our attention to any particular matter, either of fact or law, in the original opinion, upon which could be based a claim that we incorrectly decided the case. No authorities are cited. The motion will be overruled.

—

**3**

Tom ROBERSON v. STATE. (No. 11741.) Court of Criminal Appeals of Texas. March

21, 1928. Rehearing Denied April 18, 1928. Appeal from District Court, Rains County; Grover Sellers, Judge. A. A. Dawson, State's Atty., of Austin, for the State.

LATTIMORE, J. Conviction for possessing intoxicating liquor for purposes of sale; punishment, one year in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment correctly charges the offense, and is followed by the charge of the court, judgment, and sentence. No error appearing, the judgment will be affirmed.

On Motion for Rehearing.

Appellant sets out no fact in his motion upon which he seeks to predicate a belief that this court did not correctly decide the issues in its original opinion, nor does he cite any authority holding views contrary to those entertained by this court. The motion will be overruled.

—

**4**

Jesus RODRIGUEZ v. STATE. (No. 11764.) Court of Criminal Appeals of Texas. March 21, 1928. Appeal from District Court, Guadalupe County; Lester Holt, Judge. F. E. Knetsch, of Seguin, and E. B. Simmons, of San Antonio, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The conviction is for murder; punishment fixed at confinement in the penitentiary for a period of 20 years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

—

**5**

Sandy SHEFFIELD v. STATE. (No. 11762.) Court of Criminal Appeals of Texas. March 21, 1928. Appeal from District Court, Guadalupe County; Lester Holt, Judge. F. E. Knetsch, of Seguin, for appellant. A. A. Dawson, State's Atty., of Austin, for the State.

MORROW, P. J. The offense is burglary; punishment fixed at confinement in the penitentiary for a period of three years. Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.